UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTINA LAISTER | : | |
| | : | |
| VS. | : | NO. 3:08cv980(CFD) |
| | : | |
| CONNECTICUT GENERAL LIFE | : | |
| INSURANCE COMPANY and | : | |
| CIGNA CORPORATION | : | AUGUST 28, 2008 |

**MOTION TO DISMISS DEFENDANT CIGNA CORPORATION ONLY**

The plaintiff respectfully moves, on consent of the defendants, to dismiss the defendant Cigna Corporation, only, with prejudice and without costs.

THE PLAINTIFF

BY:_____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203-562-9931
Fax: 203-776-9494
jrw@johnrwilliams.com
Her Attorney

1

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                         /s/
                                 JOHN R. WILLIAMS